IN THE UNITED STATES DISTRICT COURT
FORTHE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHRISTINE ALBIN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | )   CASE NO. 2:12-cv-716-WHA |
| | ) |
| UNITED STATES OF AMERICA, | )           (WO) |
| | ) |
| Respondent. | ) |

# **FINAL JUDGMENT**

In accordance with the order of the court entered on this day,

Final Judgment is entered in favor of the Respondent, United States of America, and against the Petitioner, Christine Albin, and this case is DISMISSED with prejudice.

DONE this 19th day of September, 2014.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE